Florida East Coast Railway Company, a Corporation, Plaintiff in Error, v. Jason Albury, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court for Monroe County.

Dismissed on praecipe of counsel for plaintiff in error, February 28, 1916.

*Armstead Brown, W. Hunt Harris, E. Bly, A. V. S. Smith,* for Plaintiff in Error;

*J. F. Busto, Lancelot Lester* and *H. H. Taylor,* for Defendant in Error.